IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AUDIO PARTNERSHIP, LLC, a Florida limited liability company,<br><br>Defendant. | Case No: 8:20-cv-1828-T-33TGW<br><br>PATENT CASE<br><br>**Jury Trial Requested** |

## COMPLAINT

Plaintiff Display Technologies, LLC ("Plaintiff" or "Display") files this Complaint against Audio Partnership, LLC ("Defendant" or "APLLC") for infringement of United States Patent No. 9,300,723 (the " '723 Patent").

### PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with a place of business at 1801 NE 123rd Street, Suite 314, North Miami, FL 33161.

4. On information and belief, Defendant is a Florida limited liability company with a principal place of business 4500 140th Ave. North, Ste. 101, Clearwater, FL 33762. On information and belief, Defendant may be served through its registered agent, Exportaction,

LLC, 4500 140th Ave. North, Ste. 101, Clearwater, FL 33762.

5. This Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to be a resident of this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,300,723)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '723 Patent with sole rights to enforce the '723 Patent and sue infringers.

11. A copy of the '723 Patent, titled "Enabling social interactive wireless communications," is attached hereto as Exhibit A.

12. The '723 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Defendant has infringed and continues to infringe one or more claims, including

at least Claim 1 of the '723 Patent by making, using, and/or selling media systems covered by one or more claims of the '723 Patent. For example, Defendant makes, uses, and/or sells the TVB2 media system, and any similar products ("Product"). Defendant has infringed and continues to infringe the '723 Patent in violation of 35 U.S.C. § 271.

14. Regarding Claim 1, the Product is a media system. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.cambridgeaudio.com/en/products/tv-sound/tvb2-v2

15. The Product includes at least one media terminal (e.g., TVB2) disposed in an accessible relation to at least one interactive computer network (e.g. Bluetooth 4.0). Certain aspects of this element are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

## Key Specifications

- **Review Price: £299.95**

- Wireless subwoofer with 10cm woofer
- <u>Bluetooth 4.0</u> with NFC

- 2 x 57mm Balanced Mode Radiator drivers
- 120W Class D amplification and four EQ modes
- Three HDMI inputs and ARC output

Source: https://www.trustedreviews.com/reviews/cambridge-audio-tvb2

> Thanks to TVB2 (V2)'s high quality digital signal processor with inbuilt equaliser, you can choose between 4 pre-programmed sound modes optimising the audio depending on whether you're enjoying a movie, TV or simply listening to a playlist over <u>Bluetooth</u>. The subwoofer's bass can also be adjusted to an appropriate level for your home.

Source: https://www.cambridgeaudio.com/en/products/tv-sound/tvb2-v2

    16.    The Product incorporates a wireless range (e.g., 33 to 200 foot range) structured to permit authorized access to said at least one interactive computer network (e.g., Bluetooth 4.0). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

## Key Specifications

- Review Price: £299.95
- Wireless subwoofer with 10cm woofer
- Bluetooth 4.0 with NFC
- 2 x 57mm Balanced Mode Radiator drivers
- 120W Class D amplification and four EQ modes
- Three HDMI inputs and ARC output

Source: https://www.trustedreviews.com/reviews/cambridge-audio-tvb2

bandwidth to 24Mbps, while the Bluetooth 4.0 specification, adopted in 2010, has a theoretical range of up to 200 feet. The Bluetooth specification stipulates a minimum range of 33 feet, but the maximum range is determined only by the output power of the device.

Source: https://www.techwalla.com/articles/the-effective-range-of-bluetooth

**4.0 & 4.1 devices:**
The pairing process for 4.0 and 4.1 devices, also known as LE Legacy Pairing, uses a custom key exchange protocol unique to the BLE standard.

Source: https://www.digikey.com/eewiki/display/Wireless/A+Basic+Introduction+to+BLE+Security

17. The Product incorporates at least one media node (e.g., smart device) disposable within said wireless range (e.g., Bluetooth range), wherein said at least one media node (e.g., mobile phone) is detectable by said at least one media terminal. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



BLUETOOTH & NFC

Connect your smart device or laptop via Bluetooth or instantly pair via NFC to enjoy powerful, well balanced sound from your library or favourite streaming service.

Source: https://www.cambridgeaudio.com/en/products/tv-sound/tvb2-v2

18. The Product incorporates at least one digital media file (e.g., audio file) initially disposed on at least one of said at least one media terminal or said at least one media node, said at least one media terminal being structured to detect said at least one media node disposed within said wireless range (e.g., Bluetooth range). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

BLUETOOTH & NFC

Connect your smart device or laptop via Bluetooth or instantly pair via NFC to enjoy powerful, well balanced sound from your library or favourite streaming service.

Source: https://www.cambridgeaudio.com/en/products/tv-sound/tvb2-v2

Thanks to TVB2 (V2)'s high quality digital signal processor with inbuilt equaliser, you can choose between 4 pre-programmed sound modes optimising the audio depending on whether you're enjoying a movie, TV or simply listening to a playlist over Bluetooth. The subwoofer's bass can also be adjusted to an appropriate level for your home.

Source: https://www.cambridgeaudio.com/en/products/tv-sound/tvb2-v2

19. The Product incorporates a communication link (e.g., Bluetooth link) structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive computer network (e.g., Bluetooth 4.0). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

20. The communication link (e.g., Bluetooth link) is initiated by said at least one media terminal. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

21. The at least one media node (e.g. smart device) and the at least one media terminal (e.g. TVB2) are structured to transmit the at least one digital media file (e.g. audio file) there between via said communication link (e.g. Bluetooth link). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations

herein.

> **BLUETOOTH & NFC**
>
> <u>Connect your smart device or laptop to the system via Bluetooth</u> and enjoy powerful, well balanced sound <u>from your library</u> or favourite streaming service. Make the most of instant pairing via NFC if using an NFC enabled device.

Source: https://www.cambridgeaudio.com/en/products/tv-sound/tvb2-v2

22. The communication link (e.g. Bluetooth link) is structured to bypass (e.g. eliminate) at least one media terminal security measure (e.g. using NFC to skip PIN based pairing) for a limited permissible use of the communication link by the media node (e.g. smart device) to only transferring the at least one digital media file to, and displaying the at least one digital media file on, the at least one media terminal. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

**BLUETOOTH & NFC**

Connect your smart device or laptop to the system via Bluetooth and enjoy powerful, well balanced sound from your library or favourite streaming service. Make the most of instant pairing via NFC if using an NFC enabled device.

Source: https://www.cambridgeaudio.com/en/products/tv-sound/tvb2-v2

If your Bluetooth device is NFC enabled

You may need to ensure Bluetooth is enabled on your device. Touch your NFC device against the logo [N] on the side of TVB2. TVB2 will enter automatic pairing mode and 'TVB2 Cambridge' should appear on your device.

Source: https://techsupport.cambridgeaudio.com/hc/en-us/article_attachments/202050961/TVB2_QUICK_START_GUIDE_-_English.pdf

**TVB2:** Bluetooth

If you have Bluetooth enabled devices such as a phone or tablet, you are able to stream your music to the TVB2 via Bluetooth. This includes streaming services such as Spotify, Deezer or Pandora.

Source: https://techsupport.cambridgeaudio.com/hc/en-us/articles/205779851-How-do-I-pair-to-the-TVB2-with-Bluetooth-

23.  Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

24.  Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

25.  Plaintiff is in compliance with 35 U.S.C. § 287.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a)  Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b)  Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice

of the order from further infringement of United States Patent No. 9,300,723 (or, in the alternative, awarding Plaintiff running royalties from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Plaintiff requests a jury for all claims as triable.

Dated: August 4, 2020                    Respectfully submitted,

**EDWARD O'CONNOR**
Florida Bar No. 132223
**AVYNO LAW, P.C.**
6345 Balboa Blvd., Suite 208, Bldg. 1
Encino, California 91316
Tel: (949) 291-2894
Fax: (818) 332-4205
efo@avynolaw.com

OF COUNSEL:

**JAY JOHNSON** *(Pro Hac Vice Application Pending)*
Texas Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**