UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Display Technologies, LLC,
        Plaintiff,

v.                                       Case No. 8:20-CV-01828-VMC-TGW

Audio Partnership, LLC,
        Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Display Technologies, LLC, by its undersigned counsel, hereby submits as follows:

1. All claims asserted in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i); and

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby.

This Notice and Order shall finally resolve the Action between the parties.

KIZZIA JOHNSON PLLC

By:  /s/Jay Johnson
**JAY JOHNSON** *(Admitted Pro Hac Vice)*
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**EDWARD O'CONNOR**
State Bar No.
**AVYNO LAW**
104 Seabreeze Cir
Jupiter, FL 33477
(949) 291-2894
Fax: (818) 332-4205
efo@avynolaw.com

**ATTORNEYS FOR PLAINTIFF**

Dated: November 18, 2020

SO ORDERED on this _____ day of _____ 2020.